**DISMISS; and Opinion Filed January 3, 2017.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01267-CV

**OLA PROPERTIES, INC., Appellant**
**V.**
**LG ACQUISITIONS, LLC, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-13358**

## MEMORANDUM OPINION

Before Justices Bridges, Evans, and Schenck
Opinion by Justice Evans

On December 15, 2016, appellant filed a motion requesting the Court to dismiss the

appeal. We grant the motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/David W. Evans/
DAVID EVANS
JUSTICE

161267F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

OLA PROPERTIES, INC., Appellant

No. 05-16-01267-CV     V.

LG ACQUISITIONS, LLC, Appellee

On Appeal from the 192nd Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-15-13358.
Opinion delivered by Justice Evans, Justices Bridges and Schenck participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee LG ACQUISITIONS, LLC recover its costs of this appeal from appellant OLA PROPERTIES, INC..

Judgment entered this 3rd day of January, 2017.